THE STATE, Appellant, v. CHILTON, Respondent.

1. State v. Runyan, ante, p. 167, affirmed.

*Appeal from St. Clair Circuit Court.*

*Ewing*, (attorney general,) for the State.

*W. P. Johnson*, for respondent.

NAPTON, Judge. This indictment is liable to the same objection adverted to in the case of the State v. Runyan, and the judgment of the circuit court will therefore be affirmed. The other judges concurring.